1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5065
7    Fax: (408)-535-5066
     E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,      )   No. CR 10-00825-JW
                                    )
15 |     Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                    )   ORDER CHANGING STATUS HEARING
16 | v.                             )   FROM JANUARY 25, 2011, AT 9:00 A.M
                                    )   TO JANUARY 24, 2011 AT 1:30 P.M.
17 | JESSICA AGUILAR,               )   AND EXCLUDING TIME FROM
                                    )   NOVEMBER 30, 2010 TO JANUARY 24,
18 |     Defendant.                 )   2011
   |_____  )

19

20

21       The parties currently have scheduled before another court a status hearing on January 25,

22  2011, at 9:00 a.m., but this case has recently been reassigned to this Court and a new hearing date

23  must be set.  The parties request that the status hearing be rescheduled to January 24, 2011

24  at 1:30 p.m., and that an amended time exclusion order be issued that would exclude time under

25  the Speedy Trial Act from November 30, 2010 to January 24, 2011, to permit the parties the

26  reasonable time necessary for effective preparation.  Time was previously excluded from

27  November 30, 2010, through January 25, 2011, at a status hearing before the Honorable D.

28

   *US v.Aguilar.,* CR 10-00825-JW
   Stipulation and [Proposed] Order re Status Hearing

1  Lowell Jensen, United States District Judge, on November 30, 2010.  The amended time
2  exclusion order is requested to reflect the January 24 hearing date.

4  DATED: December 20, 2010                MELINDA HAAG
                                           United States Attorney

6                                          _____/s/_____
7                                          Thomas A. Colthurst
                                           Assistant United States Attorney

9                                          _____/s/_____
   Nicholas P. Humy, Esq.
   Assistant Federal Public Defender
10 Counsel for Defendant JESSICA AGUILAR

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from January 25, 2011, at 9:00 a.m. to January 24, 2011 at 1:30 p.m.

For good cause shown, the Court further finds that failing to exclude the time between November 30, 2010 and January 24, 2011, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between November 30, 2010 and January 24, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between November 30, 2010 and January 24, 2011, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  January 6, 2011                    _____
                                           HON. JAMES WARE
                                           UNITED STATES DISTRICT JUDGE