1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00825 DLJ |
|---|---|---|
|           Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING HEARING DATE AS TO |
|  | ) | DEFENDANT JESSICA AGUILAR |
| JESSICA AGUILAR, | ) |  |
|           Defendant. | ) |  |

### **STIPULATION**

Defendant Jessica Aguilar, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Thomas Colthurst, hereby stipulate that, with the Court's approval, the hearing date currently set for November 1, 2011, be continued to Tuesday, January 17, 2012, at 9:00 a.m.

The reason for the requested continuance is that negotiations are ongoing and the parties do not anticipate that they will be prepared to resolve the case on November 1, 2011.  In addition, Mr. Colthurst is about to begin a trial in San Francisco and will be largely unavailable

Stipulation and [Proposed] Order Continuing
Hearing Date
No. CR 10-00825 DLJ                                                    1

until after the first of the year.  The parties have discussed the proposed date of January 17, 2012, with the Court's clerk and have been advised that this date is available.

The parties agree that the time between November 1, 2011, and January 17, 2012, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of counsel and effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated: October 17, 2011

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: October 17, 2011

_____/s/_____
THOMAS COLTHURST
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing date currently set for Tuesday, November 1, 2011, shall be continued to Tuesday, January 17, 2012, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between November 1, 2011, and January 17, 2012, would unreasonably deny the government continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

Stipulation and [Proposed] Order Continuing
Hearing Date
No. CR 10-00825 DLJ                                    2

1  THE COURT FURTHER FINDS that the ends of justice served by excluding the time
2 between November 1, 2011, and January 17, 2012, from computation under the Speedy Trial Act
3 outweigh the interests of the public and the defendant in a speedy trial.
4  THEREFORE, IT IS HEREBY ORDERED that the time between November 1, 2011,
5 and January 17, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C.
6 § 3161(h)(7)(A) and (B)(iv).
7  IT IS SO ORDERED.
8 Dated: October 24, 2011

_____
THE HONORABLE D. LOWELL JENSEN
United States District Court Judge