1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Criminal Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408)-535-5065
7  Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,        )  No. CR 10-00825-DLJ
                                      )
15 |    Plaintiff,                    )  STIPULATION AND []
        v.                            )  ORDER EXCLUDING TIME FROM
16 |                                  )  JANUARY 26, 2012 TO FEBRUARY 2,
   JESSICA AGUILAR,                   )  2012
17 | CHRISTOPHER MARK YOUNG           )
                                      )
18 |    Defendants.                   )
                                      )
19

20

21     On the Court's motion, the next status hearing in this matter was moved from January 26,

22 2011, at 9:00 a.m., to February 2, 2011, at 9:00 a.m.  The defendant Jessica Aguilar, represented

23 by Varell L. Fuller, Assistant Federal Public Defender, the defendant Christopher Mark Young,

24 represented by Jerry Y. Fong, Esq., and the government, represented by Thomas A. Colthurst,

25 Assistant United States Attorney, request that time be excluded under the Speedy Trial Act from

26 January 26, 2011 to February 2, 2011, to permit the parties the reasonable time necessary for

27 effective preparation.

28

ORDER EXCLUDING TIME
Case No. CR 10-00825-DLJ

DATED: January 24, 2012        MELINDA HAAG
                               United States Attorney

                               _____/s/_____
                               Thomas A. Colthurst
                               Assistant United States Attorney


                               _____/s/_____
                               Varell L. Fuller
                               Assistant Federal Public Defender
                               Counsel for Defendant Jessica Aguilar


                               _____/s/_____
                               Jerry Y. Fong, Esq.
                               Counsel for Defendant Christopher Mark Young

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time between January 26, 2011 and February 2, 2011, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 26, 2011 and February 2, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between January 26, 2011 and February 2, 2011, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: FDFDG

_____
THE HONORABLE D. LOWELL JENSEN
Senior United States District Judge

ORDER EXCLUDING TIME
Case No. CR 10-00825-DLJ