1 | GEOFFREY A. HANSEN
Acting Federal Public Defender
2 | VARELL L. FULLER
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 | Telephone: (408) 291-7753

5 | Counsel for Defendant AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00825-DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE TO SEPTEMBER 13, 2012 |
| vs. | ) | |
| JESSICA AGUILAR, | ) | |
| Defendant. | ) | |

## STIPULATION

Defendant Jessica Aguilar, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Thomas A. Colthurst, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing currently set in this matter for Thursday, May 31, 2012, at 10:00 a.m., be continued to Thursday, September 13, 2012, at 10:00 a.m.

Ms. Aguilar has entered a plea pursuant to Rule 11(c)(1)(B) of the Federal Rule of Criminal procedure to count of the indictment filed in this matter to conspiracy to poessess with intent to distribute and to distribute methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii). A sentencing hearing is presently set in this matter for Mary

Stipulation and ] Order Continuing
Hearing                                    1

1   31, 2012, and counsel for Ms. Aguilar respectfully request additional time to complete the

2   sentencing mitigation investigation and to effectively prepare and present arguments for the

3   sentencing hearing to be held.  Accordingly, the defense respectfully request that the sentencing

4   hearing date be continued to September 13, 2012.  United States Probation Officer Benjamin

5   Flores, who has been assigned to conduct the presentence investigation, has been consulted

6   about the requested continuance and has no objection.  The parties further agree that the

7   deadlines by which the United States Probation Office must disclose the draft and final pre-

8   sentence reports shall be adjusted according to the new September 13, 2012, sentencing date.

9

10  Dated:  May 22, 2012

                                         _____/s/_____
11                                       VARELL L. FULLER
                                         Assistant Federal Public Defender
12

13  Dated  May 22, 2012                  _____/s/_____
                                         THOMAS A. COLTHURST
14                                       Assistant United States Attorney
    //
15  //
    //
16                              **[] ORDER**

17       GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that

18  the sentencing hearing date set for Thursday, May 31, 2012, at 10:00 a.m. is continued to

19  Thursday, September 13, 2012, at 10:00 a.m., and the dates by which United States Probation

20  must disclose the draft and final pre-sentence reports shall be adjusted accordingly.

21
                                         _____
22  Dated:  Í ÐÌ€ÐFG
                                         THE HONORABLE D. LOWELL JENSEN
23                                       United States District Court Judge

24

25

26

Stipulation and [] Order Continuing
Hearing                                  2