1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5065
7    Fax: (408)-535-5066
     E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                                SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,    )   No. 10-CR-00825-DLJ
                                  )
15 |     Plaintiff,                )
                                  )   STIPULATION AND []
16 |     v.                        )   ORDER CONTINUING HEARING DATE
                                  )
17 | JESSICA AGUILAR,              )
                                  )
18 |     Defendant.                )
                                  )
19

20

21     The defendant JESSICA AGUILAR, represented by Varell L. Fuller, Assistant Federal

22 Public Defender, and the government, represented by Thomas A. Colthurst, Assistant United

23 States Attorney, respectfully request that the sentencing hearing currently scheduled for

24 September 13, 2012, be continued to November 1, 2012.

25     No other defendants are affected by this request.

26     The parties need more time to prepare for sentencing and more time is needed to prepare

27 the Presentence Report and circulate it to the parties.

28 ////

STIPULATION AND [] ORDER
Case No. 10-CR-00825-DLJ

1  SO STIPULATED:

3  Dated: August 28, 2012                    /S/
4                                            Thomas A. Colthurst
                                             Assistant United States Attorney

7  Dated: August 28, 2012                    /S/
                                             Varell L. Fuller
                                             Assistant Federal Public Defender
8                                            Attorney for Defendant

10     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Jessica Aguilar*, scheduled for September 13, 2012, is continued to November 1, 2012, at 10:00 a.m.

14 DATED: JD EFG

                                             THE HONORABLE D. LOWELL JENSEN
                                             United States District Judge