1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5065
7    Fax: (408)-535-5066
     E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


   UNITED STATES OF AMERICA,        )   No. 10-CR-00825-DLJ
                                    )
        Plaintiff,                  )
                                    )   STIPULATION AND []
        v.                          )   ORDER CONTINUING HEARING DATE
                                    )
   JESSICA AGUILAR,                 )
                                    )
        Defendant.                  )
   _____)


        The defendant JESSICA AGUILAR, represented by Varell L. Fuller, Assistant Federal Public Defender, and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for December 6, 2012, be continued to January 24, 2013.

        No other defendants are affected by this request.

        The parties need more time to prepare for sentencing and more time is needed to prepare the Presentence Report and circulate it to the parties.

   ////

   STIPULATION AND [] ORDER
   Case No. 10-CR-00825-DLJ

1  SO STIPULATED:

3  Dated: October 29, 2012              /S/
                                        Thomas A. Colthurst
4                                       Assistant United States Attorney

6
7  Dated: October 29, 2012              /S/
                                        Varell L. Fuller
                                        Assistant Federal Public Defender
8                                       Attorney for Defendant

10     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
hearing for *United States v. Jessica Aguilar*, scheduled for December 6, 2012, is continued to
January 24, 2013, at 10:00 a.m.

14  DATED:   FF꤀Ɖ ꤁ƑG          _____
15                                      THE HONORABLE D. LOWELL JENSEN
                                        United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00825-DLJ              -2-