1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5065
7     Fax: (408)-535-5066
      E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. 10-CR-00825-DLJ
                                        )
15          Plaintiff,                  )
                                        )    STIPULATION AND []
16     v.                               )    ORDER CONTINUING HEARING DATE
                                        )
17  JESSICA AGUILAR,                    )
                                        )
18          Defendant.                  )
                                        )
19  _____)

20

21     The defendant JESSICA AGUILAR, represented by Varell L. Fuller, Assistant Federal

22  Public Defender, and the government, represented by Thomas A. Colthurst, Assistant United

23  States Attorney, respectfully request that the sentencing hearing currently scheduled for January

24  24, 2013, be continued to April 25, 2013.  The Probation Officer has also requested this new

25  date.

26     No other defendants are affected by this request.

27  ////

28  ////

STIPULATION AND [] ORDER
Case No. 10-CR-00825-DLJ

1  SO STIPULATED:

3  Dated: January 15, 2013              /S/
                                        Thomas A. Colthurst
4                                       Assistant United States Attorney

6
7  Dated: January 15, 2013              /S/
                                        Varell L. Fuller
                                        Assistant Federal Public Defender
8                                       Attorney for Defendant

   Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Jessica Aguilar*, scheduled for January 24, 2013, is continued to April 25, 2013, at 10:00 a.m.

14 DATED:  FEBGEFH                      [signature]
15                                      THE HONORABLE D. LOWELL JENSEN
                                        United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00825-DLJ              -2-